653

*Lori Leon,* for appellant.

THE STATE EX REL. SPAULDING, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; KROGER COMPANY, APPELLANT.

[Cite as *State ex rel. Spaulding v. Indus. Comm.* (2001), 93 Ohio St.3d 653.]

(No. 01–817—Submitted November 13, 2001—Decided December 19, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Robert A. Muehleisen,* for appellee.

*Porter, Wright, Morris & Arthur* and *Karl J. Sutter,* for appellant.

THE STATE EX REL. FIRSTENERGY/TOLEDO EDISON, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Firstenergy/Toledo Edison v. Indus. Comm.* (2001), 93 Ohio St.3d 653.]

(No. 01–965—Submitted November 13, 2001—Decided December 19, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.